UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA GLYNN SINGLETON | CIVIL ACTION |
| VERSUS | NO. 26-447 |
| JENNY ABSHIER, ET AL. | SECTION "L" (4) |

## ORDER AND REASONS

The Court has before it *pro se* Defendant Felix Tassay Mathieu's Motion to Dismiss. R. Doc. 8. Defendant asks the Court to dismiss *pro se* Plaintiff Brenda Glynn Singleton's claims against him for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant points out that Plaintiff's Complaint, R. Doc. 1, "provides no factual allegations, no legal basis for relief, and no supporting information that would allow the Court to determine the nature of the claim." R. Doc. 8 at 1. Plaintiff opposes the motion, making no substantive legal arguments, but asking the Court to "[p]lease give me a fair change in court with the Judge and Jury to prove that I am pleading (not guilty) [sic] on everything." R. Doc. 13 at 2.

As Defendant argues, Plaintiff's Complaint makes no specific factual allegations, provides no legal basis for relief, and does not provide sufficient evidence for the Court or any defendant to determine what her claims are. Plaintiff's Complaint states, substantively, "I am filing for a breach of contract as well as personal injury. Pain and suffering . . . (I) [sic] lost everything, no where to live, car, everything was in good standing until the day I filled [sic] with Ms. Abshier. . . . Felix Mateiu Stolen Inheritance, my brother." R. Doc. 1. at 4–5. This does not make clear the basis of

Plaintiff's claims, nor the allegations she is making against any defendant. Accordingly, Plaintiff's Complaint is subject to dismissal under Rule 12(b)(6).

However, Federal Rule of Civil Procedure 15 provides that a court should freely give a party leave to amend its complaint when justice so requires, unless amendment would be futile. Fed. R. Civ. P. 15(a)(2); *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court cannot hold at this time, and on the basis of the scant record before it, that amendment would be futile. Accordingly, the Court will grant Plaintiff leave to amend her Complaint to assert her claims sufficiently to survive Rule 12(b)(6) review.

Accordingly;

**IT IS ORDERED** that Defendant's Motion to Dismiss, R. Doc. 8, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff file an amended complaint containing more fulsome factual allegations in support of her claims no later than thirty days from the date of this order. Failure to comply with this order and file an amended complaint by the deadline will result in dismissal of Plaintiff's claims without further notice.

New Orleans, Louisiana, this 5th day of May, 2026.

_____
United States District Judge

2